112 A.3d 1167

IN THE MATTER OF WILLIAM S. WINTERS, AN ATTORNEY AT LAW (ATTORNEY NO. 055331993).

April 30, 2015.

## ORDER TO SHOW CAUSE.

The Director of the Office of Attorney Ethics having transmitted to the Court pursuant to *Rule* 1:20–10(a) the disbarment by consent form of **WILLIAM S. WINTERS** of **EAST BRUNSWICK,** who was admitted to the bar of this State in 1993;

And **WILLIAM S. WINTERS** having acknowledged that he has refused to cooperate with the Office of Attorney Ethics in its investigation of his conduct;

And good cause appearing;

It is ORDERED that **WILLIAM S. WINTERS** show cause before this Court on June 3, 2015, at 2:00 p.m. in the Supreme Court courtroom, Hughes Justice Complex, Trenton, why the Court should not reject respondent's consent to disbarment, as provided in *Rule* 1:20–10(a)(3); and it is further

294

ORDERED that the Director of the Office of Attorney Ethics, or the Director's designee, present this matter to the Court; and it is further

ORDERED that **WILLIAM S. WINTERS** be temporarily suspended from the practice of law pursuant to *Rule* 1:20–3(g)(4) based on respondent's acknowledged refusal to cooperate with the Office of Attorney Ethics, effective immediately and until the further Order of the Court; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension, and that he comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **WILLIAM S. WINTERS** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown.